UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BONITA KEEBLE, a/k/a<br>Bonita Hare,<br><br>Defendant. | 3:16-CR-30058-RAL<br><br><br><br>REPORT AND RECOMMENDATION FOR DISPOSITION OF DEFENDANT'S MOTION TO SUPPRESS STATEMENTS |

Defendant, Bonita Keeble, a/k/a Bonita Hare, has filed a Motion to Suppress Statements, Docket No. 36. Because Defendant's Motion is a dispositive one, this Court is only authorized to determine the same on a report and recommendation basis. *See* 28 U.S.C. §636(b)(1). Based on the findings, authorities and legal discussion made on the record at the December 22, 2016 hearing, the Court hereby

RECOMMENDS that Defendant's Motion be denied.

DATED this 23rd day of December, 2016.

BY THE COURT:

*[signature: Mark A. Moreno]*

MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE