UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

FILED
JAN 18 2017

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BONITA KEEBLE,<br>a/k/a Bonita Hare,<br><br>　　　　　　Defendant. | 3:16-CR-30058-RAL<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS |

　　The government charged Bonita Keeble with involuntary manslaughter and child abuse. Doc. 1. Keeble moved to suppress statements she made during an interview with a law enforcement officer. Doc. 36. Magistrate Judge Mark A. Moreno held an evidentiary hearing during which he received a recording of the interview and heard testimony from a law enforcement officer. Doc. 52. On December 23, 2016, Judge Moreno issued a Report and Recommendation recommending denial of Keeble's motion. Docs. 51, 52, 53.

　　This Court reviews a report and recommendation pursuant to the statutory standards found in 28 U.S.C. § 636(b)(1), which provides in relevant part that "[a] judge of the [district] court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." However, "[i]n the absence of an objection, the district court is not required 'to give any more consideration to the magistrate's report than the court considers appropriate.'" United States v. Murrillo-Figueroa, 862 F. Supp. 2d 863, 866 (N.D. Iowa 2012) (quoting Thomas v. Arn, 474 U.S. 140, 150 (1985)).

　　Here, neither party has objected to the Report and Recommendation and the fourteen days for doing so have passed. Accordingly, this Court has reviewed the Report and

Recommendation under a clearly erroneous standard of review. See <u>Grinder v. Gammon</u>, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam) (explaining that when no objections are filed and the time for filing objections has expired, the district court "would only have to review the findings of the magistrate judge for clear error"). Finding no clear error, this Court adopts the Report and Recommendation.

For the foregoing reasons, it is hereby

ORDERED that Keeble's Motion to Suppress, Doc. 36, is denied. It is further

ORDERED that the Report and Recommendation, Doc. 51, is adopted.

DATED this 18th day of January, 2017.

BY THE COURT:

_____
ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE
